[No. 9536–3–III.   Division Three.   March 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH J. INGEBO, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. C–2457, F. James Gavin, J., entered November 17, 1987. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 9075–2–III.   Division Three.   March 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN CARL COMBS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00612–4, William G. Luscher, J., entered January 12, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.

[No. 9166–0–III.   Division Three.   March 9, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE R. GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 87–1–00170–1, Evan E. Sperline, J., entered February 26, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.

[No. 11424–1–II.   Division Two.   March 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CONSTANCIO BARQUERO, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87–1–00113–2, Robert L. Charette, J., entered September 28, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.